Dismissed and Opinion filed July 25, 2002









Dismissed and Opinion filed July 25, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00148-CV

____________

 

CARLA W. BLACK, Appellant

 

V.

 

MARTHA ANN GARRIE, Appellee

 



 

On
Appeal from the County Civil Court at Law No. 2

Harris
County, Texas

Trial
Court Cause No. 752,180

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from an order of dismissal signed January
4, 2002.  The clerk=s record was filed on February 21,
2002.  Appellant=s brief was due March 25, 2002.  No brief or motion for extension of time has
been filed.  

On June 20, 2002, this Court issued an order informing
appellant that unless she submitted her brief, and a motion reasonably
explaining why the brief was late, to the Clerk of this Court on or before July
12, 2002, the Court would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed July 25, 2002.

Panel consists of Chief Justice
Brister and Justices Anderson and Frost.

Do Not Publish C Tex. R. App. P.
47.3(b).